IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CATHERINE LANGELLA, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>THE COUNTY OF MCKEAN et al., )<br>)<br>Defendants )<br>) | Civil Action No. 09-311E |

## MEMORANDUM OPINION AND ORDER

Pending before this Court is Defendants' "Motion for Protective Order Regarding Depositions" [ECF #44]. In their Motion, Defendants explain that the parties are in the process of scheduling the depositions of a number of individuals and that "[b]ecause of the Plaintiff's actions throughout the life of this litigation, the Defendants believe and therefore aver that the depositions of the above-named individuals and others anticipated deponents will involve inquiries into matters that are far beyond the scope of the Plaintiff's claims, will involve accusations and confrontation rather than interrogation, and may become heated." Motion, ¶ 3. Defendants seek a Protective Order that "direct[s] the Plaintiff to treat all deponents with respect, to ask questions in a professional and non-accusatory manner, and to limit her inquiries into matters that are relevant to the issues raised in this case." Id. at ¶ 10. Alternatively, if we are not willing to issue such a Protective Order then the Defendants want a status conference so that the Court can address the issues raised in the Motion with the parties personally. Id.

It is not this Court's typical practice to micro-manage cases, especially during the discovery stage. Having reviewed the documents attached to Defendants' Motion, however, we are concerned. Therefore, we will grant Defendants' "Motion for Protective Order Regarding

Depositions." Of course, Defendants and their counsel shall also treat Plaintiff with respect, ask questions at the depositions in a professional and non-accusatory manner, and limit inquiries into matters that are relevant to the issues raised in this case.

AND NOW, this 8th day of April, 2011, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendants' "Motion for Protective Order Regarding Plaintiff's Direct Communications with Defendants" [ECF #44] is granted.

It is further hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff shall treat all deponents with respect, ask questions in a professional and non-accusatory manner, and limit her inquiries into matters that are relevant to the issues raised in this case. Failure to do so shall result in sanctions. See Fed.R.Civ.P. 30(d) ("The court may impose an appropriate sanction-- including the reasonable expenses and attorney's fees incurred by any party--on a person who impedes, delays, or frustrates the fair examination of the deponent. ").

It is further hereby ORDERED, ADJUDGED, AND DECREED that Defendants shall submit to the Court a list of scheduled depositions that includes the date and time of the depositions, updating the information as necessary until all depositions are concluded.

Maurice B. Cohill, Jr.
Senior District Court Judge